Hearing Date: July 19, 2011
Hearing Time:10:30 A.M.
Location: 219 S. Dearborn St., Courtroom 742
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Jordan, Robert H | § | Case No. 10-50423 |
| Jordan, Cecilia E | § | |
| | § | |
| Debtors | § | Hon. Carol A. Doyle |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Kenneth S. Gardner
  Clerk of the U.S. Bankruptcy Court
  219 S. Dearborn, 7th Floor
  Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
  10:30 a.m.
  on Tuesday, July 19, 2011
  in Courtroom 742, U.S. Courthouse
  219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____                By: Kenneth Gardner_____
                                                Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Jordan, Robert H § Case No. 10-50423
Jordan, Cecilia E §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,839.43 |
| and approved disbursements of | $ | 10.90 |
| leaving a balance on hand of[1] | $ | 7,828.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,533.94 | $ 0.00 | $ 1,533.94 |
| Other: International Sureties | $ 10.90 | $ 10.90 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,533.94 |
| Remaining Balance | | $ | 6,294.59 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,791.66 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,942.88 | $ 0.00 | $ 1,185.53 |
| 000002 | Chase Bank USA, N.A. | $ 12,766.72 | $ 0.00 | $ 1,522.23 |
| 000003 | Chase Bank USA, N.A. | $ 12,499.68 | $ 0.00 | $ 1,490.40 |
| 000004 | FIA Card Services, NA/Bank of America | $ 1,157.20 | $ 0.00 | $ 137.98 |
| 000005 | FIA Card Services, NA/Bank of America | $ 3,767.75 | $ 0.00 | $ 449.25 |
| 000006 | FIA Card Services, NA/Bank of America | $ 3,665.46 | $ 0.00 | $ 437.05 |
| 000007 | FIA Card Services, NA/Bank of America | $ 8,991.97 | $ 0.00 | $ 1,072.15 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,294.59 |

  Remaining Balance    $  0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  Prepared By: /s/_____
         Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: gbeemster | Date Created: 6/23/2011 |
| Case: 10−50423 | Form ID: pdf006 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Robert H Jordan | 2841 Harolds Crescent | FLOSSMOOR, IL 60422 | |
| jdb | Cecilia E Jordan | 2841 Harolds Crescent | FLOSSMOOR, IL 60422 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Beth A Lehman | Lehman &Fox | 6 E Monroe Suite 1004 | Chicago, IL 60603 |
| 16408471 | Bank of America | Acct#: 0271 | Po Box 851001 | Dallas, TX 75285 |
| 16408469 | Bank of America | Acct#: 3535 | Po Box 851001 | Dallas, TX 75285 |
| 16408470 | Bank of America | Acct#: 5338 | Po Box 851001 | Dallas, TX 75285 |
| 16408472 | Bank of America | Acct#: 6790 | Po Box 851001 | Dallas, TX 75285 |
| 16408475 | Cardmember Services | Acct#: 0133 | PO Box 15153 | Wilmington, DE 19886−5153 |
| 16408473 | Cardmember Services | Acct#: 2959 | PO Box 15153 | Wilmington, DE 19886−5153 |
| 16408474 | Cardmember Services | Acct#: 8329 | PO Box 15153 | Wilmington, DE 19886−5153 |
| 16797197 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | |
| 16408476 | Chicago Title Land Trust Co | Acct#: 0506 | Robert Boron Ltd | 33 N LaSalle | CHICAGO, IL 60602 |
| 16408477 | Citi Cards | Acct#: 9485 | PO Box 688910 | Des Moines, IA 50368−8910 |
| 16408478 | Discover | Acct#: 9857 | PO Box 6103 | Carol Stream, IL 60197 |
| 16722785 | Discover Bank | Discover Products Inc. | PO Box 3025 | New Albany, OH 43054−3025 |
| 17171130 | FIA Card Services, NA/Bank of America | by American InfoSource LP as its agent | PO Box 248809 | Oklahoma City, OK 73124−8809 | |
| 16408479 | GMAC Mortgage | Acct#: 3837 | PO Box 9001719 | LOUISVILLE, KY 40290−1719 |

TOTAL: 18

United States Bankruptcy Court
Northern District of Illinois

In re:
Robert H Jordan
Cecilia E Jordan
    Debtors

Case No. 10-50423-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dcarroll     Page 1 of 1     Date Rcvd: Jun 30, 2011
                        Form ID: pdf006     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2011.

```
db/jdb     +Robert H Jordan,   Cecilia E Jordan,    2841 Harolds Crescent,   FLOSSMOOR, IL 60422-2005
tr         +Joseph A Baldi, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
16408471   +Bank of America,    Acct#: 0271,   Po Box 851001,    Dallas, TX 75285-1001
16408469   +Bank of America,    Acct#: 3535,   Po Box 851001,    Dallas, TX 75285-1001
16408470   +Bank of America,    Acct#: 5338,   Po Box 851001,    Dallas, TX 75285-1001
16408472   +Bank of America,    Acct#: 6790,   Po Box 851001,    Dallas, TX 75285-1001
16408473    Cardmember Services,    Acct#: 2959,    PO Box 15153,    Wilmington, DE  19886-5153
16408474    Cardmember Services,    Acct#: 8329,    PO Box 15153,    Wilmington, DE  19886-5153
16408475    Cardmember Services,    Acct#: 0133,    PO Box 15153,    Wilmington, DE  19886-5153
16797197    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16408476   +Chicago Title Land Trust Co,    Acct#: 0506,    Robert Boron Ltd,    33 N LaSalle,
             CHICAGO, IL 60602-2603
16408477    Citi Cards,   Acct#: 9485,    PO Box 688910,    Des Moines, IA  50368-8910
16408479    GMAC Mortgage,    Acct#: 3837,    PO Box 9001719,    LOUISVILLE, KY  40290-1719
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         +E-mail/Text: blehman@lehmanfox.com Jun 30 2011 23:04:32     Beth A Lehman,   Lehman & Fox,
             6 E Monroe Suite 1004,   Chicago, IL 60603-2721
16408478   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2011 01:29:22     Discover,   Acct#: 9857,
             PO Box 6103,   Carol Stream, IL 60197-6103
16722785    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2011 01:29:22     Discover Bank,
             Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
17171130    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 01 2011 01:23:10
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                  **Signature:** _Joseph Speetjens_