UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Jordan, Robert H §    Case No. 10-50423
Jordan, Cecilia E §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                     .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee _____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Chicago Title Land Trust Co Robert Boron Ltd 33 N LaSalle CHICAGO IL 60602 | | | | | |
| | Creditor # : 2 GMAC Mortgage PO Box 9001719 LOUISVILLE KY 40290- 1719 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :7 Cardmember Services PO Box 15153 Wilmington DE 19886-5153 | | | | | |
| | Creditor # :8 Citi Cards PO Box 688910 Des Moines IA 50368-8910 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000007 | FIA CARD SERVICES, FOR B OF A | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, FOR B OF A | | | | | |
| 000005 | FIA CARD SERVICES, FOR B OF A | | | | | |
| 000006 | FIA CARD SERVICES, FOR B OF A | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No:        10-50423     CAD    Judge: Carol A. Doyle | Trustee Name:                Joseph A. Baldi, Trustee |
| Case Name:      Jordan, Robert H | Date Filed (f) or Converted (c):   11/11/10 (f) |
|                 Jordan, Cecilia E | 341(a) Meeting Date:          01/13/11 |
| For Period Ending:  09/28/11 | Claims Bar Date:              04/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family home 2841 Harolds Crescent, Flossmoo | 191,628.00 | 0.00 | | 0.00 | FA |
|    Trustee determined that property is of no value to Estate | | | | | |
| 2. Great Lakes Bank checking Location: In debtor's po | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. south End Savings Location: In debtor's possession | 750.00 | 0.00 | | 0.00 | FA |
| 4. furniture Location: In debtor's possession | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. clothing Location: In debtor's possession | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. pensions Lfe Touch Location: In debtor's possessio | 58,000.00 | 0.00 | | 0.00 | FA |
| 7. NTS Realty Holding Location: In debtor's possessio | 855.00 | 0.00 | | 0.00 | FA |
| 8. Principal Financial Location: In debtor's possessi | 4,005.00 | 4,005.00 | | 4,340.26 | FA |
| 9. Prudential Financial Location: In debtor's possess | 2,420.00 | 2,420.00 | | 2,798.96 | FA |
| 10. stock, Pepco Holdings Location: In debtor's posses | 5,095.00 | 700.00 | | 700.00 | FA |
| 11. 1998 Ford Contour Location: In debtor's possession | 975.00 | 0.00 | | 0.00 | FA |
| 12. 2000 Accord Location: In debtor's possession | 3,000.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.31 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $271,728.00          $7,125.00          $7,839.53          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated equity in home and determined there was no value to the Estate after liens, exemptions and closing

costs.  Trustee liquidated Debtor's non exempt stock.

Initial Projected Date of Final Report (TFR): 03/03/11          Current Projected Date of Final Report (TFR): 06/30/11

LFORM1

Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 10-50423 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Jordan, Robert H | | Bank Name: | Bank of America, N.A. |
| | Jordan, Cecilia E | | Account Number / CD #: | *******6797  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1483 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 02/23/11 | 9 | Computershare, Inc. 250 Royall St Canton, MA 02021 | Proceeds of Stock Sale | 2,798.96 | | | | | 2,798.96 |
| 02/23/11 | 8 | Computershare, Inc. 250 Royall St Canton, MA 02021 | Proceeds of Stock Sale | 4,340.26 | | | | | 7,139.22 |
| 02/23/11 | 10 | Robert H. Jordan & Cecilia Jordan 2841 Harolds Crescent Flossmoor, IL 60422 | Proceeds of Stock Sale | 700.00 | | | | | 7,839.22 |
| 02/28/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.01 | | | | 7,839.23 |
| 03/16/11 | | Transfer to Acct #*******6904 | Bank Funds Transfer | | | | | -10.90 | 7,828.33 |
| 03/31/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.07 | | | | 7,828.40 |
| 04/29/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,828.46 |
| 05/31/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.07 | | | | 7,828.53 |
| 06/30/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,828.59 |
| 07/20/11 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.04 | | | | 7,828.63 |
| 07/20/11 | | Transfer to Acct #*******6904 | Final Posting Transfer for final distribution | | | | | -7,828.63 | 0.00 |

| Account *******6797 | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|
| | 3 Deposits | 7,839.22 | | 0 Adjustments Out | 0.00 |
| | 6 Interest Postings | 0.31 | | 2 Transfers Out | 7,839.53 |
| | Subtotal | $ 7,839.53 | | Total | $ 7,839.53 |
| | 0 Adjustments In | 0.00 | | | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 7,839.53 | | | |

LFORM2XT  **UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.02b

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-50423  -CAD | |
| Case Name: | Jordan, Robert H | |
| | Jordan, Cecilia E | |
| Taxpayer ID No: | *******1483 | |
| For Period Ending: | 09/28/11 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6904  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6797 | Bank Funds Transfer | | | | | 10.90 | 10.90 |
| 03/16/11 | 001001 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium | | | 10.90 | | | 0.00 |
| 07/20/11 | | Transfer from Acct #*******6797 | Transfer In From MMA Account<br>for final distribution | | | | | 7,828.63 | 7,828.63 |
| 07/20/11 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | | | 1,533.94 | | | 6,294.69 |
| 07/20/11 | 001003 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 11.92% | | | 1,185.55 | | | 5,109.14 |
| 07/20/11 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 11.92% | | | 1,522.26 | | | 3,586.88 |
| 07/20/11 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 11.92% | | | 1,490.42 | | | 2,096.46 |
| 07/20/11 | 001006 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 11.92% | | | 137.98 | | | 1,958.48 |
| 07/20/11 | 001007 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000005, Payment 11.92% | | | 449.25 | | | 1,509.23 |
| 07/20/11 | 001008 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000006, Payment 11.92% | | | 437.06 | | | 1,072.17 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 10-50423 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Jordan, Robert H | Bank Name: | Bank of America, N.A. |
|  | Jordan, Cecilia E | Account Number / CD #: | *******6904  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1483 |  |  |
| For Period Ending: | 09/28/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |
| 07/20/11 | 001009 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 11.92% |  |  | 1,072.17 |  |  | 0.00 |

Account *******6904

| | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 9 | Checks | 7,839.53 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $     0.00 | | | |
| | | | | Total | $     7,839.53 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 7,839.53 | | | |
| | Total | $     7,839.53 | | | |

Report Totals

| | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 3 | Deposits | 7,839.22 | 9 | Checks | 7,839.53 |
| 6 | Interest Postings | 0.31 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 7,839.53 |
| | Subtotal | $     7,839.53 | | | |
| | | | | Total | $     15,679.06 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 7,839.53 | | | |
| | Total | $     15,679.06 | | Net Total Balance | $     0.00 |

LFORM2XT
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 16.02b